

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>KRISTOPHER KUKOLA,<br><br>DEFENDANT.<br>_____/ | Case: 2:22-cr-20411<br>Assigned To : Murphy, Stephen J., III<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 8/4/2022<br>Description: INDI USA V. KUKOLA (DA)<br><br>VIOLATIONS:<br>18 U.S.C. § 2118(a) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 2118(a)
### Robbery Involving Controlled Substances

On or about May 24, 2022, in the Eastern District of Michigan, the defendant, Kristopher Kukola, took from the person or presence of another by force, violence, and intimidation, any material or compound containing any quantity of a controlled substance, with replacement cost greater than $500, belonging to or in the care, custody, control, or possession of a person registered with the Drug Enforcement Administration under Section 302 of the Controlled Substances Act, here the CVS Pharmacy located at 10915 Belleville Road, Van Buren Charter Township, MI.

All in violation of 18 U.S.C. § 2118(a).

## COUNT TWO
## 18 U.S.C. § 2118(a)
## Robbery Involving Controlled Substances

On or about June 2, 2022, in the Eastern District of Michigan, the defendant, Kristopher Kukola, took from the person or presence of another by force, violence, and intimidation, any material or compound containing any quantity of a controlled substance, with replacement cost greater than $500, belonging to or in the care, custody, control, or possession of a person registered with the Drug Enforcement Administration under Section 302 of the Controlled Substances Act, here the CVS Pharmacy located at 413 E. Michigan Avenue, Saline, MI.

All in violation of 18 U.S.C. § 2118(a).

## COUNT THREE
## 18 U.S.C. § 2118(a)
## Robbery Involving Controlled Substances

On or about June 8, 2022, in the Eastern District of Michigan, the defendant, Kristopher Kukola, took from the person or presence of another by force, violence, and intimidation, any material or compound containing any quantity of a controlled substance, with replacement cost greater than $500, belonging to or in the care, custody, control, or possession of a person registered with the Drug Enforcement Administration under Section 302 of the Controlled Substances Act, here the CVS Pharmacy located at 10915 Belleville Rd, Van Buren Charter Township, MI.

All in violation of 18 U.S.C. § 2118(a).

## COUNT FOUR
## 18 U.S.C. § 2118(a)
### Robbery Involving Controlled Substances

On or about July 7, 2022, in the Eastern District of Michigan, the defendant, Kristopher Kukola, took from the person or presence of another by force, violence, and intimidation, any material or compound containing any quantity of a controlled substance, with replacement cost greater than $500, belonging to or in the care, custody, control, or possession of a person registered with the Drug Enforcement Administration under Section 302 of the Controlled Substances Act, here the CVS Pharmacy located at 1249 Dexter St., Milan, MI.

All in violation of 18 U.S.C. § 2118(a).

## FORFEITURE ALLEGATION

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the government hereby provides notice to the defendant of its intention to seek forfeiture of all proceeds, direct or indirect, obtained as a result of the violations set forth in this Indictment, all property traceable thereto, all property that facilitated the commission of such violations, or property traceable thereto, and all property involved in such violations, or property traceable thereto.

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/ Brandy R. McMillion*
BRANDY R. McMILLION
Chief, General Crimes Unit
Assistant United States Attorney

*s/ Meghan S. Bean*
MEGHAN SWEENEY BEAN
A. BRANT COOK
Assistant United States Attorneys

Dated: August 4, 2022

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:22-cr-20411<br>Assigned To : Murphy, Stephen J., III<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 8/4/2022<br>Description: INDI USA V. KUKOLA (DA) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to compl…

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: HSB |

Case Title: USA v. Kristopher Kukola

County where offense occurred : Wayne and Washtenaw

Check One:    ☒ Felony    ☐ Misdemeanor    ☐ Petty

```
____Indictment/____Information --- no prior complaint.
 ✓ Indictment/____Information --- based upon prior complaint [Case number: 22-mj-30303        ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

Superseding to Case No: _____    Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
|  |  |  |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

August 4, 2022
Date

Meghan Sweeney Bean
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-0214
Fax:   313-226-2372
E-Mail address: Meghan.Bean@usdoj.gov
Attorney Bar #: P80790

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.